LIBERTY MUTUAL INSURANCE COMPANY *vs.* BERNARD MELANSON. Feb-
ruary 16, 1988. *Insurance,* Motor vehicle insurance, Underinsured motorist,
Construction of policy.

This is the last of a sextet of cases decided today concerning stacking
of underinsured motorist coverage. This case involves two 1985 policies,
each providing coverage for two vehicles. The plaintiff insurer, which
commenced this action seeking a declaratory judgment, has offered to pay
the defendant $20,000, the total of the stated underinsured motorist limit
of $10,000 on each policy. The defendant, who was injured in September,
1985, while a passenger in a vehicle owned by a third party, claims that
he is entitled to $10,000 with respect to each of the four vehicles in his
household. A judge of the Superior Court decided the case on a statement
of agreed facts and ruled in favor of the defendant, allowing the coverage
to be stacked under each policy. We granted the defendant's application
for direct appellate review.

For reasons stated in *LeCuyer* v. *Metropolitan Property & Liab. Ins.
Co., ante* 709 (1988), and in *Moore* v. *Metropolitan Property & Liab. Ins.
Co., ante* 1010 (1988), we reverse the judgment. Although the significant
language of the 1985 standard policy is slightly different from that of the
1984 policy quoted in the *LeCuyer* opinion, the differences are inconsequen-
tial for the purposes of this case.

A judgment shall be entered declaring that the defendant is entitled only to $10,000 underinsured motorist coverage under each of the applicable policies.

*So ordered.*

*Ralph J. Cafarelli* for the plaintiff.
*Charles M. Hughes* for the defendant.